1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREW BROCKWAY, individually, | Case No. 2:25-CV-01701-JHC |
| Plaintiff, | **ORDER DISMISSING WITH PREJUDICE AND WITHOUT AN AWARD OF FEES AND COSTS** |
| v. | |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, | |
| Defendant. | |

Before the Court is the parties' stipulated motion to dismiss. Dkt. # 12. The Court, being fully advised of the same, hereby ORDERS THAT the above-captioned action and all claims asserted therein by Plaintiff against Defendant Allstate Vehicle and Property Insurance Company is dismissed with prejudice and without attorneys' fees or costs to any party.

DATED this 12th day of December, 2025.

_____
John H. Chun
United States District Judge

ORDER DISMISSING WITH PREJUDICE AND WITHOUT AN AWARD OF FEES
AND COSTS (2:25-CV-01701-JHC) - 1